JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANG CAI,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>                    Defendants. | Case No. 2:23-cv-10641-FLA (PDx)<br><br>**ORDER DISMISSING ACTION [DKT. 9]** |

1

On March 5, 2024, Plaintiff Qiang Cai ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 9. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. Plaintiff's Motion to Extend Time to File Answer, Dkt. 8, is DENIED as moot.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: March 8, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge